JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Ani S. Garibyan, SBN: 274846
    E-mail: agaribyan@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
OTTER PRODUCTS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>SHOOTINGSTARS ACCESSORIES, INC., a New York Corporation; EVELYN QU, an Individual d/b/a CELLULAR STAR; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: CV13-01098 SVW (AGRx)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

///

///

- 1 -
RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

TO THE HONORABLE COURT:

Plaintiff OTTER PRODUCTS, LLC ("Plaintiff"), hereby responds to this Court's Order to Show Cause Re Dismissal for Lack of Prosecution. By way of Declaration of Ani S. Garibyan of Johnson & Pham, LLP, counsel for Plaintiff, Plaintiff respectfully responds to the Court's Order to Show Cause as follows:

1. I, Ani S. Garibyan, am an active licensed attorney in good standing in the State of California. I am licensed to practice before the courts in the State of California, including the United States District Court of California, Central District.

2. I am an associate with the law firm of Johnson & Pham, LLP, counsel of record for Plaintiff. The following is within my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

3. On June 20, 2012, in its ongoing investigation of counterfeit sales of OTTERBOX®-branded products, from the State of California, Plaintiff purchased a "OtterBox Universal Defender Case for iPhone 4 (Zircon Blue Silicone & Black Plastic)" from Defendants SHOOTINGSTARS ACCESSORIES, INC. and EVELYN QU ("Defendants"), for a cost of $17.65.

4. The product purchased from Defendants was inspected by Plaintiff to determine authenticity. Plaintiff's inspection of the purchased item using security measures confirmed that the item Defendants sold was in fact a counterfeit "OtterBox Universal Defender Case for iPhone 4 (Zircon Blue Silicone & Black Plastic)."

5. Plaintiff is further informed and believes that an entity known as Keven123Store.com, Inc. ("Keven123Store"), purchased counterfeit products bearing Plaintiff's Trademarks from Defendant SHOOTINGSTARS for resale. On or about April 11, 2012, in its ongoing investigation of counterfeit sales of OTTERBOX®-branded products, from the state of California, Plaintiff purchased an "Otterbox Defender Case for iPhone 4 AT&T+Spring+Verizon pink black" from Keven123Store. This product purchased from Keven123Store was inspected

1  and security measures confirmed that the item sold to Plaintiff from
2  Keven123Store was counterfeit. Keven123Store purchased these counterfeit items
3  from Defendants.

4      6.     Plaintiff filed its Complaint against Defendants on February 14, 2013.
5  Defendants were served via personal service of the Summons and Complaint on
6  March 18, 2013. (Documents 11-12).

7      7.     On or about March 20, 2013, I spoke with counsel for Defendants,
8  Brian Yang, Esq. of Yang & Partners based in the state of New York.

9      8.     On or about March 26, 2013, Defendants provided, through their then
10 counsel, Mr. Yang, confidential documents related to Defendants' sales and
11 purchases of purported Otterbox®-branded products, for settlement purposes. The
12 parties were unable to negotiate a settlement at that time.

13     9.     On or about April 8, 2013, I was contacted by attorney Carolyn
14 Shields of Liu & Shields, LLP in New York. Ms. Shields informed me that she and
15 her firm were new counsel for Defendants.

16     10.     On April 25, 2013, the parties continued to engage in good faith
17 settlement negotiations and have reached a settlement of the matter in its entirety.

18     11.     Concurrent with this Response, Plaintiff will be filing a Notice of
19 Settlement of the Entire Action with the Court.

20     12.     I respectfully request that the Court discharge the Order to Show
21 Cause issued on April 12, 2013, to allow the parties an opportunity to circulate and
22 finalize the settlement documents.

23     I declare under penalty of perjury under the laws of the State of California
24 that the foregoing is true and correct. Executed this 25th day of April, 2013, at
25 Woodland Hills, California.

26

27                                     Ani S. Garibyan, Esq.
                                      Attorneys for Plaintiff
28                                     OTTER PRODUCTS, LLC

RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On April 26, 2013 I served the within document(s):

**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Carolyn Shields, Esq.
Liu & Shields, LLP
41-60 Main Street, Suite 208A
Flushing, New York 11355

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 26, 2013, at Los Angeles, California.

*/s/ Catherine Brannan*
CATHERINE BRANNAN

LA/609087v1